**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Civil Action No. 2:20-cv-00477-WJ-SMV
FLSA Collective Action
Fed. R. Civ. P. 23 Class Action

BILLY KERR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

K. ALLRED OILFIELD SERVICES, LLC, d/b/a KAOS and KEITH ALLRED[1],

    Defendants.

---

## JOINT NOTICE OF SETTLEMENT

---

       Plaintiffs and Defendant K. Allred Oilfield Services, LLC, d/b/a KAOS ("Defendant") hereby notify the Court that they have reached a settlement in the matter of *Billy Kerr, individually and on behalf of all others similarly situated, Plaintiff, v. K. Allred Oilfield Services, LLC, d/b/a KAOS*, Civil Action No. 2:20-cv-00477-WJ--SMV, which is currently pending in the United States District Court for the District of New Mexico.  The parties anticipate the settlement agreement will be finalized within thirty (30) days of this notice, at which time the parties will submit dismissal paperwork.

---

[1] The claims against Defendant Keith Allred were dismissed without prejudice on December 29, 2020 [Doc. 34], after a joint stipulation by the parties, [Doc. 33].

Respectfully submitted,

Matthew S. Parmet, #16-155
Parmet PC
3 Riverway, Ste. 1910
Houston, TX 77056
Phone: 713-999-5228
Fax:713-999-1187
matt@parmet.law

Edmond S. Moreland, Jr., #18-214
Moreland Verrett, P.C.
700 West Summit Dr.
Wimberly, TX 78676
Phone: 512-782-0567
Fax: 512-782-0605
edmond@morelandlaw.com

By:      */s/ Matthew S. Parmet*
         */s/ Edmond S. Moreland, Jr.*

COUNSEL FOR PLAINTIFF


**FISHER & PHILLIPS LLP**
Richard A. Millisor #6284
Kristin R.B. White
Micah D. Dawson
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone:  303-218-3650
Facsimile:  303-218-3651
rmillisor@fisherphillips.com
kwhite@fisherphillips.com
mdawson@fisherphillips.com

By:      */s/ Micah D. Dawson*

COUNSEL FOR DEFENDANT

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Date:  July 21, 2021                    _/s/ Micah D. Dawson_
                                        Micah D. Dawson