IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILLY KERR, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.                                                      2:20-cv-00477-WJ-SMV

K. ALLRED OILFIELD SERVICS, LLC, d/b/a KAOS,

    Defendant.

## **RULE 58 JUDGMENT**

THIS MATTER comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 47) and the Court's Order of Dismissal with Prejudice (Doc. 48).

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby terminated by the Parties' stipulated dismissal, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE